**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Heather Bergdahl, et al.
Defendant.

Case No.: 1:24−cr−00232
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 25, 2026:

MINUTE entry before the Honorable Robert W. Gettleman as to George Miller Jr: Telephonic hearing held on 8/25/2026. Defendant appeared on the hearing. The court acknowledges that the parties have entered into a Pretrial Diversion Agreement with agreed conditions including the payment of restitution in the amount of $5,000.00 a month for a total of $60,000.00. The Pretrial Services Officer is directed to email the courtroom deputy a status report in six months and then at the end of the term by August 20, 2027. By agreement, the Court approves of the exclusion of time from 8/25/2026 to 8/24/2027 under 18 U.S.C. §3161(h)(2). Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.